**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CONDADO 2 CLF, INC.<br><br>    Plaintiff,<br><br>             vs.<br><br>CCR DEVELOPMENT GROUP, INC., FRANCISCO RIVERA FERNANDEZ, COCO RICO, INC.<br><br>    Defendants. | CIVIL NO. 16-1211 (CCC)<br><br>RE: COLLECTION OF MONIES, FORECLOSURE OF MORTGAGE |

**STIPULATION OF DISMISSAL**

**TO THE HONORABLE COURT:**

   COMES NOW Condado 2 CLF, Inc. and CCR Development Group, Inc., by their corresponding undersigned attorneys and very respectfully allege and pray as follows:

   1. Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the appearing parties have agreed to the dismissal of the instant proceedings, without prejudice and without any imposition of legal fees or costs to any of the parties.

   **WHEREFORE,** the appearing parties pray that this Honorable Court takes note of this notice and issues the corresponding Order in accordance with the above dismissing the instant proceedings without prejudice.

   **RESPECTUFULLY SUBMITTED**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I have filed a true and exact copy of the foregoing motion using the CM/ECF System, which will send notification of such filing to all registered CM/ECF participants.

**At** San Juan, Puerto Rico, February 27, 2017.

| | |
|---|---|
| *FERNANDEZ CHIQUES LLC* | **BORGES LAW OFFICES** |
| Attorneys for Plaintiff | Attorney for Co-defendant |
| P. O. Box 9749 | CCR Development Group, Inc. |
| San Juan, PR  00908 | PO Box 16673 |
| Tel. (787) 722-3040 | San Juan, P.R., 00908-6673 |
| Fax. (787) 722-3317 | Tel. (787) 722-3049 |
| | Fax (787) 722-3049 |
| s/Francisco Fernández Chiqués | *s/Manuel Borges Méndez* |
| Francisco Fernández Chiqués | Manuel Borges Méndez |
| USDC-PR 215803 | USDC-PR 226305 |
| ffc@ffclaw.com | mborgesmendez@yahoo.com |