IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CONDADO 2 CLF, INC.<br>Plaintiff<br>vs<br>CCR DEVELOPMENT GROUP, INC.; FRANCISCO RIVERA-FERNANDEZ; COCO RICO, INC.<br>Defendants | CIVIL 16-1211CCC |

## JUDGMENT

Having considered the Stipulation of Dismissal filed by plaintiff and defendant CCR Development Group, Inc. (**d.e. 7**), which is GRANTED, it is ORDERED and ADJUDGED that judgment be entered DISMISSING the action WITHOUT PREJUDICE as to all defendants.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 2, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge